NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**MORGAN STANLEY ET AL.,**
*Defendants-Appellees.\**

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**CME GROUP, INC. ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**CME GROUP, INC. ET AL.,**

---

  \*   For purposes of this order only, the court is using abbreviated captions for these cases.  The parties should use the full captions for briefs, etc.

*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**MORGAN STANLEY ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**CME GROUP, INC. ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**THOMSON REUTERS CORPORATION ET AL.,**
*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - -

_____

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**MORGAN STANLEY ET AL.,**
*Defendants-Appellees.*

---

2013-1092, -1093, -1095, -1097, -1098, -1099, -1100, -1101, -1103

---

Appeals from the United States District Court for the Southern District of New York in case nos. 11-CV-6696 through 11-CV-6704, Judge Katherine B. Forrest.

---

**ON MOTION**

---

**O R D E R**

Realtime Data, LLC moves to consolidate the nine above-captioned appeals. NYSE Amex, LLC moves to reform the caption in 13-1093, 13-1097, and 13-1100 to change its name to "NYSE MKT, LLC (formerly known as NYSE Amex, LLC)".

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that consolidated briefing is ordered. The appellant shall file a single opening brief that includes its arguments for all of these appeals. The appellant's brief and reply brief shall include the full captions of all of these appeals and a copy of the brief shall be e-filed in each of the appeals. The appeals shall otherwise retain their separate status on the docket.

(2) A copy of appellees' brief shall be e-filed in each appeal in which they are involved. The appellees are

encouraged to reduce the amount of briefing in these appeals.

(3) Each party or set of parties joining in a brief need only file a total of 6 paper copies of their brief.

(4) The cases will be assigned to the same merits panel.

(5) The motion to reform the captions is granted. In 2013-1093, -1097 and -1100, "NYSE Amex, LLC" shall be replaced with "NYSE MKT, LLC (formerly known as NYSE Amex, LLC)".

                                      FOR THE COURT

                                      /s/ Jan Horbaly
                                      Jan Horbaly
                                      Clerk

s8