**2013-1092, -1099, -1103**

# United States Court of Appeals
# For the Federal Circuit

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff-Appellant,*

v.

MORGAN STANLEY, THE GOLDMAN SACHS GROUP, INC.,
J.P. MORGAN CHASE & CO., MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION &
CLEARING, L.P., J.P. MORGAN SECURITIES, INC.,
and J.P. MORGAN CLEARING CORP.
(formerly known as Bear, Stearns Securities Corp.),

*Defendants-Appellees,*

and

CREDIT SUISSE HOLDINGS (USA), INC. and
CREDIT SUISSE SECURITIES (USA), LLC,

*Defendants-Appellee*,

and

HSBC BANK USA, N.A. and
HSBC SECURITIES (USA), INC.,

*Defendants-Appellee*.

*Appeal from the United States District Court for the Southern District of New York
in Case Nos. 11-cv-6696, 11-cv-6701, 11-cv-6704, Judge Katherine B. Forrest.*

# UNOPPOSED MOTION OF DEFENDANTS-APPELLEES FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS

March 14, 2013

DANIEL A. DEVITO
daniel.devito@skadden.com
DOUGLAS R. NEMEC
douglas.nemec@skadden.com
STACEY L. COHEN
stacey.cohen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

JAMES J. ELACQUA
james.elacqua@skadden.com
GARETH DEWALT
gareth.dewalt@skadden.com
MICHAEL D. SAUNDERS
michael.saunders@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
(650) 470-4500

*Attorneys for Defendants-Appellees Morgan Stanley, The Goldman Sachs Group, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co., Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, LP, J.P. Morgan Securities, Inc., and J.P. Morgan Clearing Corp.*

Defendants-Appellees, Morgan Stanley, Morgan Stanley & Co., Inc., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P., Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA), LLC, and HSBC Bank USA, N.A. and HSBC Securities (USA), Inc. ("Appellees") respectfully move for a 30-day extension of the due date for the Appellees' Responsive Brief. This is Appellees' first request for an extension of time in which to file their briefs. Appellees' briefs are due on April 18, 2013. The 30-day extension sought here would extend that due date up to and including May 20, 2013.

This requested 30-day extension is needed in order to coordinate the briefs being filed by the multiple defendants to address concisely the diverse issues presented by Plaintiff-Appellant. As such, Appellees believe the 30-day extension is necessary and reasonable. Plaintiff-Appellant has stated that it does not oppose this requested extension. A proposed order granting the requested extension is attached to this motion.

Dated:  March 14, 2013    Respectfully submitted,

By: */s/ Daniel A. DeVito*
Daniel A. DeVito
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, NY 10036
(212) 735-3000

*Attorneys for Defendants-Appellees Morgan Stanley, Morgan Stanley & Co., Inc., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P.*

By: */s/ Gregory H. Lantier*
Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
Phone: (202) 663-6327
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com

William F. Lee
Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Phone: (617) 526-5000
Fax: (617) 526-6000
William.Lee@wilmerhale.com
mark.matuschak@wilmerhale.com

*(USA), Inc. and Credit Suisse Securities (USA), LLC*

By: /s/ Edwin R. DeYoung
Edwin R. DeYoung
Roger Brian Cowie
Roy W. Hardin
M. Scott Fuller
Galyn Gafford
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Phone: (214) 740-8000
Fax: (214) 740-8800

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754

*Attorneys for Defendants HSBC Bank USA, N.A. and HSBC Securities (USA), Inc.*

Form 9

FORM 9. Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Realtime Data, LLC _____ v. Morgan Stanley _____

No. 13-1092, -1099, -1103

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellees _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

See Attachment A.

---

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

See Attachment A.

---

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

See Attachment B.

---

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Attachment C.

---

12-18-12
Date

_[signature]_
Signature of counsel

DANIEL A. DEVITO
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

**ATTACHMENT A:**

Morgan Stanley

Morgan Stanley & Co. LLC (known, until recently, as Morgan Stanley & Co. Incorporated, which is used for consistency with the district court record)

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC (known, until recently, as J.P. Morgan Securities, Inc., which is used for consistency with the district court record)

J.P. Morgan Clearing Corp.

The Goldman Sachs Group, Inc.

Goldman, Sachs & Co.

Goldman Sachs Execution & Clearing, L.P.

**ATTACHMENT B:**

Morgan Stanley & Co. LLC is an indirectly wholly-owned subsidiary of Morgan Stanley. No other publicly held corporation owns ten percent (10%) or more of Morgan Stanley & Co. LLC's stock.

Morgan Stanley is a publicly held corporation that has no parent corporation. Mitsubishi UFJ Financial Group, Inc. owns ten percent (10%) or more of Morgan Stanley's stock. No other publicly held corporation owns ten percent (10%) or more of Morgan Stanley's stock.

J.P. Morgan Securities LLC and J.P. Morgan Clearing Corp. are indirectly wholly-owned subsidiaries of J.P. Morgan Chase & Co. No other publicly held corporation presently owns ten percent (10%) or more of J.P. Morgan Securities LLC or J.P. Morgan Clearing Corp. stock.

J.P. Morgan Chase & Co. is a publicly held corporation that has no parent corporation. No publicly held corporation presently owns ten percent (10%) or more of J.P. Morgan Chase & Co. stock.

The Goldman Sachs Group, Inc. is a publicly held corporation that has no parent corporation. To The Goldman Sachs Group, Inc.'s knowledge, no publicly held company presently owns ten percent (10%) or more of The Goldman Sachs Group Inc.'s stock.

Goldman, Sachs & Co. is an indirect subsidiary of The Goldman Sachs Group, Inc. To Goldman, Sachs & Co.'s knowledge, no other publicly held company owns ten percent (10%) or more of Goldman, Sachs & Co.

Goldman Sachs Execution & Clearing, L.P. is an indirect subsidiary of The Goldman Sachs Group, Inc. To Goldman Sachs Execution & Clearing, L.P.'s knowledge, no other publicly held company owns ten percent (10%) or more Goldman Sachs Execution & Clearing, L.P.

**ATTACHMENT C:**

Skadden, Arps, Slate, Meagher & Flom LLP:

    Daniel A. DeVito

    James J. Elacqua

    Douglas R. Nemec

    Stacey L. Cohen

    Matthew D. Buchanan

    Michael D. Saunders

    Gareth DeWalt

**Form 9**

FORM 9. Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Realtime Data, LLC _____ v. Morgan Stanley, et al.

No. 13-1092, 13-1099, 13-1103

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA), LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Credit Suisse Holdings (USA), Inc.; Credit Suisse Securities (USA), LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The parties named in the caption are the real parties in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc. Credit Suisse Holdings (USA) Inc. is wholly owned by Credit Suisse Group AG.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see Attachment

| December 19, 2012 | s/ Gregory H. Lantier |
|---|---|
| Date | Signature of counsel |
| | Gregory H. Lantier |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record

## CERTIFICATE OF INTEREST – ATTACHMENT

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Wilmer Cutler Pickering Hale and Dorr LLP

William F. Lee
Gregory H. Lantier
Mark G. Matuschak
Kevin S. Prussia
Nicole Feit
Amy VanHeuverzwyn
Brian Seeve
Monica Grewal
Richard W. O'Neill
Ross Eric Firsenbaum

Findlay Craft

Eric Hugh Findlay
Roger Brian Craft

Ireland Carroll & Kelley

Otis W Carroll, Jr.
James Patrick Kelley

Skadden, Arps, Slate, Meagher & Flom LLP

Daniel Alexander Devito

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Realtime Data, LLC v. Morgan Stanley, et al.

No. 13-1092, 13-1099, 13-1103

**AMENDED**
## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) HSBC Bank USA, N.A. and HSBC Securities (USA) Inc certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

HSBC Bank USA, N.A. and HSBC Securities (USA) Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The parties named in the caption are the real parties in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

HSBC Holdings plc

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see attached.

| January 8, 2012 | /s/ M. Scott Fuller |
|---|---|
| Date | Signature of counsel |
| | Michael Scott Fuller |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: Counsel of Record

## CERTIFICATE OF INTEREST - ATTACHMENT

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

<u>Locke Lord LLP</u>

Edwin R. DeYoung
Roger B. Cowie
Roy W. Hardin
Gregory T. Casamento
M. Scott Fuller
Galyn D. Gafford
Jason E. Mueller

//

# PROOF OF SERVICE

I hereby certify that on March 14, 2013, I caused a true and correct copy of the UNOPPOSED MOTION OF DEFENDANTS-APPELLEES FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS to be filed with the Clerk of the United States Court of Appeals for the Federal Circuit via the Court's CM/ECF system. I further certify that the foregoing was served on Plaintiff-Appellant's counsel by means of email, the Court's CM/ECF system and two hard copies sent via FedEx to counsel of record.

**Counsel for Plaintiff-Appellant Realtime Data, LLC:**

Dirk D. Thomas
Robert Cote
Brett Cooper
Lauren Fornarotto
Daniel Melman
Laura Handley
MCKOOL SMITH P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006-1011
(202) 370-8300
dthomas@mckoolsmith.com


Dated: March 14, 2013            */s/ Daniel A. DeVito*

                                 Daniel A. DeVito
                                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                 Four Times Square
                                 New York, NY 10036-6522
                                 (212) 735-3000
                                 daniel.devito@skadden.com

**2013-1092, -1099, -1103**

# United States Court of Appeals
# For the Federal Circuit

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff-Appellant,*

v.

MORGAN STANLEY, THE GOLDMAN SACHS GROUP, INC.,
J.P. MORGAN CHASE & CO., MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION &
CLEARING, L.P., J.P. MORGAN SECURITIES, INC.,
and J.P. MORGAN CLEARING CORP.
(formerly known as Bear, Stearns Securities Corp.),

*Defendants-Appellees,*

and

CREDIT SUISSE HOLDINGS (USA), INC. and
CREDIT SUISSE SECURITIES (USA), LLC,

*Defendants-Appellee*,

and

HSBC BANK USA, N.A. and
HSBC SECURITIES (USA), INC.,

*Defendants-Appellee*.

*Appeal from the United States District Court for the Southern District of New York in Case Nos. 11-cv-6696, 11-cv-6701, 11-cv-6704, Judge Katherine B. Forrest.*

# DECLARATION OF DANIEL A. DEVITO

1.  I, Daniel A. DeVito, hereby declare that I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, and a member of the Bar of this Court. I represent Defendants-Appellees Morgan Stanley, The Goldman Sachs Group, Inc., J.P. Morgan Chase & Co., Morgan Stanley & Co., Inc., Goldman Sachs & Co., Goldman Sachs Execution & Clearing, LP, J.P. Morgan Securities, Inc., and J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.), in this appeal.

2.  All of the facts set out in Defendants-Appellees' Motion for Extension of Time to File Briefs are true and correct and are based upon my personal knowledge or conversations I conducted with other attorneys representing Co-Defendants-Appellees.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 14, 2013                                            /s/ *Daniel A. DeVito*
                                                          Daniel A. DeVito

2013-1092, -1099, -1103

# United States Court of Appeals
# For the Federal Circuit

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff-Appellant,*

v.

MORGAN STANLEY, THE GOLDMAN SACHS GROUP, INC.,
J.P. MORGAN CHASE & CO., MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION &
CLEARING, L.P., J.P. MORGAN SECURITIES, INC.,
and J.P. MORGAN CLEARING CORP.
(formerly known as Bear, Stearns Securities Corp.),

*Defendants-Appellees,*

and

CREDIT SUISSE HOLDINGS (USA), INC. and
CREDIT SUISSE SECURITIES (USA), LLC,

*Defendants-Appellee*,

and

HSBC BANK USA, N.A. and
HSBC SECURITIES (USA), INC.,

*Defendants-Appellee*.

*Appeal from the United States District Court for the Southern District of New York in Case Nos. 11-cv-6696, 11-cv-6701, 11-cv-6704, Judge Katherine B. Forrest.*

ORDER

UPON CONSIDERATION of Defendants-Appellees' Unopposed Motion for Extension of Time to File Appellees' Responsive Briefs, it is ORDERED that:

The Motion is GRANTED and the time for Defendants-Appellees to file their briefs shall be extended 30 days, or up to and including May 20, 2013.

Date:_____              _____