NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME DATA, LLC (doing business as IXO),**
*Plaintiff-Appellant,*

v.

**MORGAN STANLEY, THE GOLDMAN SACHS GROUP, INC.,
J.P. MORGAN CHASE & CO., MORGAN STANLEY & CO., INC.,
GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION &
CLEARING, LP, J.P. MORGAN SECURITIES, INC.,
and J.P. MORGAN CLEARING CORP.**

**(formerly known as Bear, Stearns Securities Corp.),**
*Defendants-Appellees,*

and

**CREDIT SUISSE HOLDINGS (USA), INC. and
CREDIT SUISSE SECURITIES (USA), LLC,**
*Defendants-Appellees,*

and

**HSBC BANK USA, N.A. and
HSBC SECURITIES (USA), INC.,**
*Defendants-Appellees,*

and

**BNY CONVERGEX GROUP, LLC and
BNY CONVERGEX EXECUTION SOLUTIONS,
LLC,**
*Defendants-Appellees.*

---

13-1092

---

Appeal from the United States District Court for the Southern District of New York (New York City) in case no. 11-CV-6696 U.S. District Judge Katherine B. Forrest.

---

ON MOTION

O R D E R

Upon consideration of the Appellee, J.P. Morgan Chase & Co. , and Secondary Entity, J.P. Morgan Chase & Co. , and Appellee, Goldman Sachs & Co., and Appellee, The Goldman Sachs Group, Inc., and Appellee, Morgan Stanley , and Appellee, Goldman Sachs Execution & Clearing, LP, and Appellee, J.P. Morgan Clearing Corp., and Appellee, J.P. Morgan Securities, Inc., and Appellee,

Morgan Stanley & Co., Inc. unopposed motion to extend time to file appellees principal brief until May 20, 2013,

IT IS ORDERED THAT:

The motion is granted . The Appellees brief is due on May 20, 2013.

FOR THE COURT

March 14, 2013  /s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stacey L. Cohen
Brett E. Cooper
Robert A. Cote
Daniel Alexander DeVito
Gareth DeWalt
James Elacqua
Lauren Lee Fornarotto
Michael Scott Fuller
Laura A. Handley
Roy W. Hardin
Gregory H. Lantier
William F. Lee
Mark G. Matuschak
Daniel J. Melman
Kevin Scott Prussia
Michael D. Saunders
Joel Lance Thollander
Dirk D. Thomas